UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SHAWN D. CROMER, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: AMD-01-369 |
| CORRECTIONAL MEDICAL SERVICES, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \*       \* \* \*

## ORDER

UPON CONSIDERATION OF the Motion For Leave To Take Deposition Of Incarcerated Plaintiff, it is this _10th_ day of July 2001,

ORDERED that the Motion For Leave To Take Deposition Of Incarcerated Plaintiff, be and hereby is GRANTED; and it is further

ORDERED that defendant, Correctional Medical Services, Inc., MAY TAKE the deposition of plaintiff, Shawn D. Cromer, as agreed by counsel.

_/s/ Andre M. Davis_
The Honorable Andre M. Davis,
Judge, United States District Court for the District of Maryland