IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SHAWN D. CROMER | * | |
| Plaintiff | * | |
| v. | * | |
| CORRECTIONAL MEDICAL SERVICES, INC. | * | Civil Action No.: AMD-01-369 |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiff's Motion to Extend Discovery and any response thereto, it is hereby

ORDERED this _16th_ day of _August_, 2001 that Plaintiff's Motion is GRANTED and the discovery deadline is extended to November 30, 2001.

_____
Judge Andre M. Davis
U.S. District Judge

cc:  Diane M. Littlepage, Esq.
     Gertrude C. Bartel, Esq.