UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 30  P 12: 44

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

By Facsimile

December 30, 2002

Diane Martin Littlepage, Esquire
1406-B Crain Highway
Suite 207
Glen Burnie, Maryland 21060

      Re:    Shawn D. Cromer v. Correctional Medical Services, Inc.
               Civil Action No.: AMD-01-369 (Magistrate Judge Gesner)

Dear Counsel:

    I have received defendant's motion in limine filed December 20, 2002, concerning the testimony of Dr. Williamson. Plaintiff should provide my chambers, by fax or hand delivery, with any opposition by Thursday, January 2, 2003 at 12:00 p.m.

    Thank you for your attention in this matter. Despite the informal nature of this letter, it shall constitute an Order of Court, and the clerk is directed to docket it accordingly.

                               Very truly yours,

                               Beth P. Gesner
                               United States Magistrate Judge

cc: Court File
    Laura Maroldy, Esquire