IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -9  P 4: 47

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

Shawn D. Cromer                    *

        Plaintiff

                            *

v.                                 Case No. AMD-01-369

                            *

Correctional Medical Services, Inc.

        Defendant          ******

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant Correctional Medical Services, Inc. against the Plaintiff Shawn D. Cromer, it is this _9 TH_ day of January, 2003,

**ORDERED,**

1. Judgment is entered in favor of Defendant Correctional Medical Services, Inc. against Plaintiff Shawn D. Cromer, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

                                                                         *Beth P. Gesner*
                                                                         United States Magistrate Judge