IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **SHAWN D. CROMER** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: AMD-01-369 |
| **CORRECTIONAL MEDICAL SERVICES, INC.** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION FOR REVIEW OF DECISION AWARDING COSTS

COMES NOW the Plaintiff, Shawn Cromer, by and through his attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and, pursuant to F.R.C.P 54(d)(1), move this court to review its decision entering costs against the Plaintiff in this matter and in support thereof states:

1. Plaintiff was incarcerated at the time of the alleged negligence in this case, incarcerated at the time of the trial, and is currently incarcerated with no projected release date in the near future.

2. Plaintiff is not currently employed and has no employment prospects in the near future.

3. Plaintiff is impoverished and unable to pay the costs awarded in this case.

ACCORDINGLY, for the reasons stated above, Plaintiff respectfully requests that the order granting costs in this matter be withdrawn.

Respectfully submitted,

A/s/@
_____
Diane M. Littlepage
Bar No.:  10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway, Ste. 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 2nd day of April, 2003, a copy of the foregoing Plaintiff's Motion for Review of Decision Awarding Costs was mailed first class, postage prepaid to:

Laura Marolody, Esquire
Kramon & Graham
1 South Street, Ste. 2600
Baltimore, Maryland 21202-3291

A/s/@
_____
Diane M. Littlepage