**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>BETH P. GESNER<br>UNITED STATES MAGISTRATE JUDGE | 101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-4288<br>(410) 962-3844 FAX |

April 28, 2003

Diane Martin Littlepage, Esquire
1406-B Crain Highway
Suite 207
Glen Burnie, Maryland 21060

Laura Maroldy, Esquire
Kramon & Graham
1 South Street, Ste. 2600
Baltimore, Maryland 21202-3291

    Re: <u>Shawn D. Cromer v. Correctional Medical Services, Inc.</u>
       Civil Action No.: AMD-01-369 (Magistrate Judge Gesner)

Dear Counsel:

  I have received plaintiff's Motion for Review of Decision Awarding Costs (Paper No. 48). Defendant has not opposed the motion. Under Federal Rule of Civil Procedure 54(d)(1), the court has discretion to review the order of the clerk taxing costs. For the reasons stated in plaintiff's motion, and given the lack of opposition by the defendant, I will grant the plaintiff's motion. Accordingly, the clerk's order awarding costs (Paper No. 47) is withdrawn.

  Despite the informal nature of this letter, it shall constitute an Order of Court, and the clerk is directed to docket it accordingly.

            Very truly yours,

            /s/

            Beth P. Gesner
            United States Magistrate Judge